64

## CHAPMAN et al. v. CRICHET.
### No. 6668.

Supreme Court of Texas.
July 15, 1936.

Harrison, Scott & Rasberry, McKenzie, Walthall & Gamble, and Jones, Goldstein, Hardie & Grambling, all of El Paso, for plaintiffs in error.

Fred C. Knollenberg and W. H. Winter, both of El Paso, for defendant in error.

SMEDLEY, Commissioner.

Defendant in error in his motion for rehearing directs attention to an error in the opinion where the date of the deed from Crichet to McMahon is erroneously given as November 1, 1927, instead of January 2, 1929, the correct date. This error has been corrected in the original opinion.

The motion for rehearing has been carefully considered and is overruled.